CATHARINE TOUMEY, Respondent, *v.* O'REILLY, SKELLY & FOGARTY COMPANY, Impleaded, etc., Appellant.

(Argued April 27, 1894; decided June 5, 1894.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made April 4, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Edward W. S. Johnston* for appellant.

*Horace Clark Skelly* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.